Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
<u>Northern</u> District of <u>New York</u>

_____ Division

|  |  |
|---|---|
| RUSSELL RAMEAL HARRIS _____ <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> -v- <br><br> BINGHAMTON POLICE DEPARTMENT <br> and <br> BRYAN SOSTOWSKI in INDIVIDUAL CAPACITY <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.   3:22-cv-977 (BKS/ML)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 1 6 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Binghamton

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RUSSELL RAMEAL HARRIS |
| Street Address | Broome County Correctional facility P.O. Box 2047 |
| City and County | Binghamton NY  Binghamton   Broome County |
| State and Zip Code | New York  13902 |
| Telephone Number | ~ |
| E-mail Address | ~ |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                          BRYAN SOSTOWSKI

    Job or Title *(if known)*    INVESTIGATOR SARGENT of Binghamton Police Dept

    Street Address             Hawley St

    City and County          Binghamton     Broome

    State and Zip Code      New York     13901

    Telephone Number      ?

    E-mail Address *(if known)*   ?

Defendant No. 2

    Name                          Binghamton Police Dept

    Job or Title *(if known)*    Municipality

    Street Address             Hawley St

    City and County          Binghamton     Broome

    State and Zip Code      New York     13901

    Telephone Number      ?

    E-mail Address *(if known)*   ?

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C 1983. Constitutional violations at issue are (1) malicious prosecution 4th Amendment (2) Substantive Due Process - Deliberate indifference 14th Amendment (3) Abuse of process 14th Amendment (4) Supervisory liability (5) Municipality liability - Monell claim

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

_____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEEKING PAIN & SUFFING COMPEUSARY DAMAGES, MENTAL ANGUSH DAMAGES COMPENSARY AS WELL. I ALSO SEEK COMPENSARY COMPENSATION DUE TO LOSS OF WORK, UNPAID UTILITY BILLS. I ALSO SEEK COMPENSARY COMPENSATION DUE TO LACK OF TIME SPENT WHILE BEING INCARERATED, & SEPERATED FROM MY SON.

I Request $100,000 compensary relief

TO ENDORSE A WARRANT; BINGHAMTON POLICE DEPARTMENT SHOULD HAVE KNOWN OR HAD A AFFIRMATIVE DUTY TO KNOW. THE PROPER LEGAL AVENUE AS TO NOT INFRINGE UPON PLAINTIFFS CONSTITUTIONAL RIGHTS. BINGHAMTON POLICE DEPARTMENT LACK OF ACTION TO REMEDY A DEPRIVATION, FAILURE TO TRAIN OR SUPERVISE SO AS A DEPRIVATION COULD BE PREVENTED. A CHOICE THAT BINGHAMTON POLICE DEPARTMENT (CHOICE BEING WHEN & HOW TO ACT; PROPER TRAINING TECHNIQUES IN HOW TO EFFECTUATE LEGAL ARREST & HOW TO COMPEL APPEARANCE) COULD OF MADE MORE EFFECTIVELY & EFFICIENTLY.



U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

SEP 1 6 2022

AT_____ O'CLOCK

John M. Domurad, Clerk - Binghamton

Russell Harris

JOSEPH SAFFORD
Notary Public, State of New York
No. 01SA6214016
Residing in Broome County
My Commission Expires November 23, 2025



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP 1 6 2022
AT _____ O'CLOCK
John M. Domurad. Clerk - Binghamton

<u>ABUSE OF PROCESS</u>

1) ON 7/29/21 INV. SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY, ACTING UNDER THE COLOR OF LAW INITIATED & EMPLOYED A REGULARLY ISSUED LEGAL PROCESS TO COMPEL PERFORMANCE OR FOREBEARANCE OF SOME ACT, THIS WAS DONE BY THE ISSUANCE OF WANTED POSTER WITH THE INSCRIPTION " PROBABLE CAUSE TO ARREST"....." IF LOCATED PLEASE TAKE INTO CUSTODY AND CONTACT DECTECTIVE BUREAU".

2) ON 7/29/21 INV SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW WITH DELIBERATE INDIFFERENCE BEING MOTIVATED SOLELY BY A SUPPORTIVE DEPOSITION; HEARSAY AND LACKING NON HEARSAY FACTS, ALLEGATIONS "TO WIT"; LACKING A PRIMA FACIE CASE BEING MEASURED OBJECTIVELY IN ORDER TO SAY THERES REASONABLE CAUSE TO BELIEVE THAT A CRIME WAS OR IS BEING COMMITTED. ANY OFFICER MEASURED OBJECTIVELY WOULD HAVE CLEARLY UNDERSTOOD THAT HE WAS UNDER AN AFFIRMATIVE DUTY TO REFRAIN FROM SUCH CONDUCT.

3) ON 7/29/21 INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW WITH DELIBERATE INDIFFERENCE & SOLE AIM WAS TO OBTAIN A COLLATERAL OBJECTIVE THAT WAS OUTSIDE THE LEGITIMATE END OF THE LEGAL PROCESS THAT WAS INITIATED BY HIM, PROCESS BEING ISSUANCE OF WANTED POSTER, HAD INV SGT SOSTOWSKI HAD REASONABLE CAUSE TO BELIEVE THAT PLAINTIFF COMMITTED A CRIME, IN HIS INVESTIGATIVE REPORT & SUMMARY DATED 7/29/21, HE WOULD OF REQUESTED TO FILE CHARGES & PROCURE A WARRANT. AS OPPOSED TO DECLINE TO PROCEED WITH THE FILING OF CHARGES & BEGIN PROPER LEGAL REMEDY.

4) ON 7/29/21 INV. SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW HAD THE COLLATERAL OBJECTIVE TO CONFER JURISDICTION OVER THE PLAINTIFF FOR FURTHER INVESTIGATION AS EVIDENT IN INV. W. BALSHUWEIT POST ARREST INVESTIGATION AND ACCORDING TO WANTED POSTER "LOCATE AND TAKE INTO CUSTODY AND CONTACT DETECTIVE BUREAU".

5) ON 7/29/21 INV SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW UTILIZED UTILIZED A LEGAL PROCESS TO COMPEL AN INVESTIGATIVE INTERVIEW, LACKING PROBABLE CAUSE, FOR AN OBJECTIVE THAT WAS COLLATERAL TO THE INSCRIPTION ON THE WANTED FLYER "PROBABLE CAUSE TO ARREST"...." IN RELATION TO A BURGLARY". HAD INV SGT. SOSTOWSKI HAD PROBABLE CAUSE TO ARREST OR THE STATUTORY EQUIVALENT REASONABLE CAUSE TO BELIEVE PLAINTIFF COMMITTED A CRIME, HE WOULD HAVE DICTATED THAT BELIEF AND MADE IT EVIDENT IN HIS INVESTIGATIVE SUMMARY A REPORT ALSO DATED 7/29/21, WHICH WAS COMPLETED BEFORE THE WANTED POSTER WAS CREATED AS NOTED IN HIS SUMMARY REPORT. "... I FURTHER INSTRUCTED PTL. PARISEAU NOT TO FILE CHARGES OR A WARRANT .... I THEN CREATED A WANTED FLYER"

6) ON 7/29/21 INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW ACTED WITH DELIBERATE INDIFFERENCE & MAINTAINED A COLLATERAL OBJECTIVE TO THE INSCRIPTION ON WANTED FLYER. THE OBJECTIVE WAS FURTHER INVESTIGATION. HAD THERE BEEN TRULY "PROBABLE CAUSE TO ARREST" OR "THE REASONABLE CAUSE STANDARD" FULFILLED HE WOULD'VE FILED A COMPLAINT & BEGAN PROPER LEGAL REMEDY. SIMPLY BUT THE OBJECTIVE WAS FOR FURTHER INVESTIGATION, NOT FOR ARREST IN RELATION TO A BURGLARY.

"Supervisory Liability

1) On 7/29/21 Inv. Sgt. Sostowski in his Individual capacity & acting under the color of law, being employed by Binghamton Police Department as a sargent engaged in culpable action, that in being measured objectively, any officer in his position, should have known, & would have clearly understood that he was under an affirmative duty to know & to refrain from such conduct.

2) On 7/29/21 Inv. Sgt. Sostowski in his Individual capacity & acting under the color of law with deliberate indifference to plaintiff's procedural due process, when he in a conscience shocking manner initiated a policy or custom (issuance of a wanted poster with an inscription "Probable cause to arrest" without the reasonable cause standard being fulfilled. A statutory equivalent in New York State in that one is required to have a hearsay & a non hearsay factual allegation in conjunction in order to confer jurisdiction of an individual and say "Probable cause to arrest" or have reasonable cause to believe that a crime is or was committed.) This issuance [document, wanted poster] was done in an malicious abuse of process with a collateral objective. The document explicitly states "Probable cause to arrest" in relation to a burglary" & was generated on 7/29/21 @ 02:15 a.m. records show. And as further records show the felony complaint wasn't filed & until post apprehension (2 days) of plaintiff on 8/3/21 @ 05:30 a.m. If there was ~probable cause to arrest, or reasons to believe a crime was or is being committed, it would be Inv. Sgt. Sostowski affirmative duty to begin proper legal remedy & file a felony complaint on 7/29/21

3) ON 7/29/21 INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW. USED A LEGAL PROCESS, (WANTED POSTER) ~~CONCERNING~~ ~~ISSUE~~ ~~THESE~~ ~~MOTIONS~~ BEING ~~WILLFUL~~ SOLELY MOTIVATED BY HEARSAY, (AN UNFILED SUPPORTIVE DEPOSITION, UNACCOMPANYING ANY FILED INSTRUMENT), WITH THE COLLATERAL OBJECTIVE TO FURTHER INVESTIGATE & INQUIRE & TO COMPEL MY APPEARANCE. THIS LEGAL PROCESS, CIRCUMVENTED PROPER PROCEDURAL DUE PROCESS IN THAT ANY ARREST ~~EXECUTED~~ WITHOUT A WARRANT MUST BE BASED IN PROBABLE CAUSE. ON 8/2/21 PLAINTIFF (BEING WITHOUT INCIDENT WITH AN ABSENCE NOR INDICATION OF CRIMINAL ACTIVITY) WAS ARRESTED FROM A WANTED FLYER (ARRESTING OFFICER HAD PROBABLE CAUSE DUE TO FELLOW OFFICER RULE) ~~THAT~~ THAT WAS GENERATED BY A SUPERIOR OFFICER, INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW. ABSENT A WARRANT & ABSENT ANY FILED INSTRUMENT. PLAINTIFFS 4TH & 14TH AMENDMENT WAS VIOLATED.

4) ON 8/2/21 OFFICER KELLER OF BINGHAMTON POLICE DEPARTMENT, EFFECTED A POLICY (ARREST OF PLAINTIFF, AND BRINGING PLAINTIFF TO DETECTIVES CUSTODY) THAT WAS INITIATED BY INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW. UPON ARREST, POST APPREHENSION, POST VIOLATIONS OF PLAINTIFFS CONSTITUTIONAL RIGHTS (ARREST WITHOUT WARRANT OR COMPLAINT FILED, PROCEDURAL DUE PROCESS BEING CIRCUMVENTED, UTILIZING A WANTED POSTER TO EXECUTE AN ARREST WITHOUT A NECESSARY INSTRUMENT BEING FILED OR A WARRANT SIGNED) INV SGT SOSTOWSKI FAILED TO REMEDY THE WRONG. INV SGT SOSTOWSKI EXPLICITLY STATED CONTACT THE DETECTIVE BUREAU. PLAINTIFF WAS BROUGHT IN FRONT OF INV. W. BALSHUWEIT A LOWER LEVEL DETECTIVE. ANY OFFICER IN INV. SGT. SOSTOWSKI POSITION SHOULD OF KNOWN THAT THEY HAD AN AFFIRMATIVE DUTY TO REMEDY THE PROBLEM, WHICH WOULD BE AN ARREST WITHOUT PROBABLE CAUSE AND AN UNREASONABLE SEIZURE.

5) ON 8/2/21 INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW EXHIBITED DELIBERATE INDIFFERENCE IN RECIEVING A REPORT (INV W. BALSHOWEN REPORT DATED 8/2/21) OF PLAINTIFFS ARREST AND SUBSEQUENT DETENTION, FAILED TO RELEASE PLAINTIFF, EVEN IN KNOWING THAT ARREST WAS ILLEGAL AND WAS EXECUTED ABSENT A WARRANT & ABSENT ANY ACCUSATORY INSTRUMENT FILED.

MUNICIPAL LIABILITY — MONELL CLAIM

1) ON 7/29/21 BINGHAMTON POLICE DEPARTMENT ACTIONS TAKEN BY THE MUNICIPALITY RESULTED IN THE DEPRIVATION OF PLAINTIFFS RIGHTS DUE TO LACK OF TRAINING & THE LACK OF SUPERVISION OF AN EMPLOYEE, INV SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER COLOR OF LAW. ALSO DUE TO MUNICIPALITY FAILURE TO ACT POST DEPRIVATION.

2) ON 7/29/21 BINGHAMTON POLICE DEPARTMENT EMPLOYEE INV. SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW CREATED A CUSTOM OR POLICY (ISSUANCE OF A DOCUMENT THAT WAS UTILIZED TO CIRCUMVENT PROCEDURAL DUE PROCESS, COMPEL APPEARANCE FOR INVESTIGATIVE PURPOSES WHILE LACKING PROBABLE CAUSE IN THAT NO BEING NO REASONABLE CAUSE TO BELIEVE THAT A CRIME WAS COMMITTED EXISTED AT THE TIME OF THE ISSUANCE OF CREATED DOCUMENT) WHICH DEPRIVED PLAINTIFF OF 4th & 14th AMENDMENTS RESPECTIVELY, RESULTING IN DAMAGES TO & OF RESTRICTIONS OF LIBERTY, FREEDOM, SEARCH SEIZURE, PROPER PROCEDURAL DUE PROCESS.

3) ON 7/29/21 BINGHAMTON POLICE DEPARTMENT WAS MADE AWARE OF THE CONSTITUTIONAL TORT VIOLATION AS EVIDENT IN THE DEPARTMENT WIDE EMAIL THAT WAS DISTRIBUTED BY AN EMPLOYEE, MR. INV. SGT. SOSTOWSKI

WHO WAS IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW AT THE TIME OF THE DISTRIBUTION.

4) ON 7/29/21 BINGHAMTON POLICE DEPARTMENT ACTED WITH DELIBERATE INDIFFERENCE, & A DELIBERATE DISREGARD FOR JUDICIAL & LEGAL FAIRNESS. THIS IS REFLECTED IN INACTION & TACIT FASHION. TOWARDS THE EMPLOYEE WHO COMMITTED THE CONSTITUTIONAL TORT. DUE TO INACTION AND LACK OF SUPERVISION THAT WAS INITIATED ON 7/29/21 AND MADE AWARE TO THE ENTIRE BINGHAMTON POLICE DEPARTMENT ON 7/29/21 @ 02:15 AM³ WAS EFFECTED BY OFFICER KELLER ON 8/2/21. ON 8/2/21 OFFICER KELLER EFFECTED THE CUSTOM OR POLICY ( DOCUMENT INITIATED ON 7/29/21 ) NOTIFIED THE DETECTIVE BUREAU. BINGHAMTON POLICE DEPARTMENT WAS MADE AWARE OF INITIATION & CONTINUATION OF DEPRIVATION

5) ON 8/2/21 BINGHAMTON POLICE DEPARTMENT ACTED WITH DELIBERATE INDIFFERENCE OR SHOULD HAVE KNOWN THAT IT WAS THERE AFFIRMATIVE DUTY TO SUPERVISE THEIR SUBORDINATES OR EMPLOYEES & TO TRAIN THEM SO THEY DON'T POTENTIALLY DEPRIVE CITIZENS OF THEIR CIVIL LIBERTIES.

6) ON 7/29/21 & 8/2/21 BINGHAMTON POLICE DEPARTMENT HAD AN AFFIRMATIVE DUTY TO KNOW OR SHOULD HAVE KNOWN TO A MORAL CERTAINTY THAT ITS EMPLOYEES WILL CONFRONT A CERTAIN SITUATION & THAT TRAINING WILL MAKE IT LESS LIKELY THAT A DEPRIVATION WILL OCCUR. CERTAIN SITUATIONS BEING PROPER LEGAL PROCEDURES IN CONDUCTING ARRESTS WITH & WITHOUT A WARRANT, SECURING AN APPEARANCE FOR INVESTIGATIVE INQUIRY & PROFESSIONAL OVERSIGHT. THE CITY IN HAVING AN AFFIRMATIVE DUTY FOR DUE DILIGENCE, WHEN FACED WITH THE DECISION OF WHETHER OR NOT TO UTILIZE A WANTED POSTER TO EFFECT AN ARREST OR WHETHER TO FILE A COMPLAINT AND GET A NEUTRAL MAGISTRATE



U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

SEP 1 6 2022

AT_____O'CLOCK
John M. Domurad, Clerk - Binghamton

RUSSELL R HARRIS        -1985
STATEMENT OF FACTS

1) ON 7/29/21 ALLEDGED VICTIM CALLS POLICE, COMPLETES A SUPPORTING DEPOSITION, WHICH WAS SCRIBED & VERIFIED THE SAME DAY. NO ACCUSATORY INSTRUMENT OR FELONY COMPLAINT IS GENERATED. BPD CASE # IS 21-36647. SUPPORTING DEPOSITION REMAINS UNFILED. INCIDENT DATE & TIME IS 7/29/21 @ 00:45.

2) ALSO ON 7/29/21 INV. SGT. SOSTOWSKI, WHILE ACTING IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW CREATES AN INVESTIGATIVE SUMMARY & REPORT PER BPD CASE # 21-36647, WHICH ENTAILS "NOT TO FILE CHARGES OR ISSUE WARRANT".

3) ALSO ON 7/29/21 INV SGT. SOSTOWSKI, THURSDAY @ 02:15 AM IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW, GENERATES AN EMAIL & SUBSEQUENTLY ALSO A WANTED POSTER CONTAINING A MUG SHOT WITH A DEPICTION STATING "PROBABLE CAUSE TO ARREST" "IF LOCATED TAKE INTO CUSTODY & CONTACT THE DETECTIVE BU BUREAU".

4) ON 8/2/21, BEING WITHOUT INCIDENT, WITH AN ABSENCE NOR INDICATION OF CRIMINAL ACTIVITY, I RUSSELL R HARRIS    -1985, BEING APPROACHED BY OFFICER KELLER OF BPD AND WAS TOLD ON BODY CAM" THERES A WARRANT FOR YOUR ARREST". I IN LIKE FASHION, ADHERED TO POLICE COMMANDS, WITHOUT INCIDENT, SUBMITTED TO THE ARREST. I WAS TRANSPORTED TO THE CITY JAIL AND WAS DETAINED

5) ON 8/2/21, AFTER BEING ARRESTED, 3 SUBSEQUENTLY DETAINED IN THE LOCAL CITY JAIL WAS BROUGHT TO BINGHAMTON POLICE INVESTIGATOR W. BALSHUWEIT. I RUSSELL R HARRIS   1985 REMAINED DETAINED

6) ON 8/2/21 INV W. BALSHUWEIT GENERATES ACCUSATORY INSTRUMENT CR-CO2980-21. A FELONY COMPLAINT CHARGING RUSSELL R HARRIS   -1985 WITH BURG 1°, B FELONY. COMPLAINT IS SIGNED 3 AFFIRMED ON 8/2/21. COMPLAINT REMAINS UNFILED. I, RUSSELL R HARRIS REMAINED DETAINED.

7) ON 8/3/21 INV W. BALSHUWEIT @ 08:30 AM FILES FELONY COMPLAINT IN COURT ALONG WITH SUPPORTIVE DEPOSITION THAT WAS GENERATED ON 7/29/21. I, RUSSELL R HARRIS   -1985, IN WHILE REMAINING IN DETENTION IS BROUGHT TO BE ARRAIGNED ON FELONY COMPLAINT, DOCKET # CR-CO2980-21. I RUSSELL R HARRIS REMAINED DETAINED.

8) ON 8/3/21 I RUSSELL R HARRIS   -1985, IN WHILE REMAINING IN DETENTION AT LOCAL CITY JAIL IS TRANSPORTED TO BROOME COUNTY CORRECTIONAL FACILITY.

RUSSELL R HARRIS  01-04-1985

CLAIMS

- MALICIOUS PROSECUTION      4TH AMENDMENT
- SUBSTANTIVE DUE PROCESS - DELIBERATE INDIFFERENCE   14TH AMENDMENT
- ABUSE OF PROCESS         14TH AMENDMENT
- MONELL CLAIM
- SUPERVISORY LIABILITY

- MALICIOUS PROSECUTION

1) ON 7/29/21 BEING MOTIVATED BY SUPPORTING DEPOSITION VERIFIED ?
SCRIBED BUT UNFILED UNACCOMPANYING AND FILED ACCUSATORY INSTRUMENT,
INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY ? UNDER THE COLOR OF LAW,
ACTED WITH DELIBERATE INDIFFERENCE WHEN HE INITIATED A CUSTOM OR
POLICY, THIS CUSTOM OR POLICY WAS AN WANTED POSTER WITH THE INSCRIPTION
"PROBABLE CAUSE TO ARREST".

2) ON 7/29/21 INV. SGT. SOSTOWSKI, IN HIS INDIVIDUAL CAPACITY, ACTING
UNDER THE COLOR OF LAW, INITIATED A CUSTOM OR POLICY, (THE ISSUANCE OF A
WANTED POSTER POSTER WITH THE INSCRIPTION "PROBABLE CAUSE TO ARREST")
WITH DELIBERATE INDIFFERENCE TO CIRCUMVENT PROCEDURAL SAFEGUARDS. PROCEDURAL
SAFEGUARD BEING ("THE "FILING" OF AN ACCUSATORY INSTRUMENT OR COMPLAINT
BEFORE CONFERRING JURISDICTION OF AN INDIVIDUAL, EXCEPT AND EXIGENT
CIRCUMSTANCES OR DIRECT OBSERVATION OF A CRIME ) MALICIOUSLY NOT ADHERED TO.

3) ON 7/29/21 THE PROCEDURAL SAFEGUARD, THE REASONABLE CAUSE STANDARD WHICH
IS EQUIVALENT TO PROBABLE CAUSE TO ARREST, IE BEING REASONABLE CAUSE TO

BELIEVE A CRIME WAS COMMITTED, WASN'T FULFILLED IN THAT INV SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW BEING SOLELY MOTIVATED BY A SUPPORTING DEPOSITION (VERIFIED & SCRIBED BUT NEVERTHELESS UNFILED & NOT ASSOCIATED WITH ANY FILED INSTRUMENT) INITIALED A DESIGN OR POLICY (WANTED POSTER, "PROBABLE CAUSE TO ARREST") TO CONFER JURISDICTION. ANY NON HEARSAY ALLEGATIONS OF FACT. ONLY HEARSAY; A SUPPORTING DEPOSITION. THE NON HEARSAY ELEMENT OF THE REASONABLE CAUSE STANDARD, NECESSARY FOR PROBABLE CAUSE TO ARREST, A PRIMA FACIE CASE, WASN'T FULFILLED. RESULTING IN AN OBJECTIVELY UNREASONABLE SEIZURE

4) AFTER ARREST, ON 8/3/21 INV J. BALSHUWEIT, WHO WAS IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW, EFFECTED A CUSTOM OR POLICY (WANTED POSTER, THAT WAS INITIATED & CREATED BY INV SGT SOSTOWSKI UNDER THE COLOR OF LAW & IN HIS INDIVIDUAL CAPACITY) BY FILING AN ACCUSATORY INSTRUMENT AGAINST PLAINTIFF FOR BURG 1°.

5) DUE TO POST ARRAIGNMENT DEPRIVATION OF LIBERTY, THE COMPLAINT WHICH RESULTED IN AN INDICTMENT (BURG 1° 2 COUNTS) (BURG 2° 1 COUNT), & LACK OF PROBABLE CAUSE BY POLICE & OTHER BAD CONDUCT TAKEN BY THEM IN BAD FAITH, BY MOTION, AT THE REQUEST OF SPECIAL PROSECUTOR BENJAMIN BERGMAN & JUDGE COUNTS OF BURG 1° & BURG 2° WERE DISMISSED.

SUBSTANTIVE DUE PROCESS - DELIBERATE INDIFFERENCE

1) ON 7/29/21 INV. SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & ACTING UNDER THE COLOR OF LAW, BEING EMPLOYED BY BINGHAMTON POLICE DEPARTMENT, INITIATED A POLICY OR CUSTOM. (ISSUANCE OF A WANTED POSTER WITH THE INSCRIPTION "PROBABLE CAUSE TO ARREST"). AS A PREREQUISITE TO CONFERRING JURISDICTION OVER AN INDIVIDUAL, THERE IS A CONSTITUTIONAL SAFE GUARD; THE DUE PROCESS CLAUSE, WHICH WAS CIRCUMVENTED WITH DELIBERATE INDIFFERENCE WHEN INV. SGT SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW & (CONFERRED) JURISDICTION OVER THE PLANTIFF IN A EXTRA JUDICIAL FASHION WITHOUT REQUISITE, CLEARLY ESTABLISHED LEGAL PROCEDURES & SAFEGUARDS, BEING MAINLY FILING OF A COMPLAINT CHARGING ONE WITH A CRIME IN ORDER TO CONFER JURISDICTION & BEGIN A LEGAL COMMENCEMENT AGAINST AN INDIVIDUAL, ABSENT DIRECT OBSERVATION, EXIGENT CIRCUMSTANCES OR A RELIABLE WITNESS. ANY OFFICER IN THE DEFENDANT POSITION, MEASURED OBJECTIVELY WOULD HAVE CLEARLY UNDERSTOOD THAT HE WAS UNDER AN AFFIRMATIVE DUTY TO REFRAIN FROM SUCH CONDUCT.

2) ON 7/29/21 INV. SGT. SOSTOWSKI IN HIS INDIVIDUAL CAPACITY & UNDER THE COLOR OF LAW, ACTED WITH DELIBERATE INDIFFERENCE, IN AN EXTRA JUDICIAL FASHION, RELYING SOLELY ON AN UNFILED SUPPORTING DEPOSITION, HEARSAY TO CONFER JURISDICTION OVER PLANTIFF, ABSENT ANY REQUISITE, LEGALLY, PROCEDURALLY NON HEARSAY ALLEGATIONS "TO WIT". THIS CONSCIENCE SHOCKING CONSTITUTIONAL DEPRIVATION CAUSED INJURY TO PLANTIFF.

STATE OF NEW YORK    COUNTY OF BROOME
CITY COURT    CITY OF BINGHAMTON

B P D Case # 21-36647

THE PEOPLE OF THE STATE OF NEW YORK

SUPPORTING DEPOSITION

-vs-

Russell R Harris                    1.1985
DEFENDANT                    D.O.B.

Ryan Milazzo                    AS FOR A SUPPORTING DEPOSITION,
IN CONNECTION WITH AN (INFORMATION / MISDEMEANOR COMPLAINT / FELONY
COMPLAINT) FILED WITH THIS COURT AGAINST THE ABOVE NAMED DEFENDANT,
DO HEREBY MAKE THE FOLLOWING ALLEGATIONS OF FACT:

I am **28** years of age, born **1 93** in **Johnson City NY**.
On 7/26/21 at approximately 12:45 in the morning I
was in my apartment with Derek and David. My apartment
door was open and Ra (Russell R Harris) walked in
my apartment without my permission. He just showed up.
I was sitting down when he walked in. He walked into
my apartment with a serious look on his face. He said
"let me see your phone, give me your phone, let me see your phone".
He then punched me in the face with his right hand with
a closed fist. He started beating me up and hit me three times.
Ra took the phone from Pat and handed it to me to put my
passcode in. I put the passcode in and he snatched it out of
my head. he said "why do you have two numbers".

The above allegations are made on direct knowledge ( and upon information and
belief), with the sources of the Complainant's information and the grounds for his belief
being:
Direct Knowledge

**NOTICE**
(Penal Law, Section 210.45)

IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE
STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO
KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH
PERSON DOES NOT BELIEVE TO BE TRUE.

Signed and affirmed on this
**29** day of **July**, 20**21**

_____
Deponent

Subscribed and sworn to before me this
**29** day of **July**, 20**21**

A. Parisa #431

21-36647

He started to hit me again and my mouth was on fire. He then left my apartment with my phone. I thought he was going to come back and fuck me up. A detective from by and showed me a photograph of a black male. I recognized it at Russell R. Harris who I know as Ra. I am 100% the male in the photograph was Russell. I was in Broome County Jail H-Pod with Russell for almost a month. I saw him almost every day in H-Pod. Russell entered my apartment without my permission and stole my phone. I would like to pursue charges against him while inside my apartment Russell threatened to strike me with a pair of Brass knuckles.

NOTICE
( Penal Law, Section 210.45)

IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

Signed and affirmed on this
__29__ day of __July__ , 20 _21_

Subscribed and sworn to before me this
__29__ day of __July__ , 20 _21_

_____
Deponent

A. Parisean #431

# Wanted Person 21-36647

## Sostowski, Bryan

Thu 7/29/2021 2:15 AM

Sent Items

To City - BPD Officers <City-BPD_OFFICERS@cityofbinghamton.com>;

📎   1 attachments (118 KB)

2021-36647 12 Green St. Burglary .pdf;

All,

Please see the attached Wanted flier for Russell R. Harris in relation to a burglary 1st that occurred tonight at 12 Green St.

Sgt. Sostowski
City of Binghamton Police Department
Detective Division
38 Hawley Street
Binghamton, NY, 13901
Phone: (607) 772-7080

 # CITY OF BINGHAMTON POLICE DEPARTMENT

### 38 Hawley Street Binghamton, NY 13901

Date: 7/29/2021

## Wanted Person
### 2021-36647
### Russell R. Harris     ./1985



**5'7'' 180 lbs**

The Binghamton Police Department is seeking the whereabouts of Russell R. Harris ( ./85) in relation to a Burglary 1st that occurred at 12 Green St. in the early morning hours of 7/29/2021. During the commission of the crime Russell was <u>reportedly</u> in possession of brass knuckles and stole a cell phone. At this time there is probable cause to arrest Russell in regards to this incident. If located please take into custody and contact the Detective Bureau.

Sgt. Sostowski

*Detective Division*



# City of Binghamton Police Department
### 38 Hawley Street, Binghamton, New York 13901

*Sgt. Sostowski*

*Investigative Report, Case Number 2021-36647*

Call Type: Burglary
Address: 12 Green St.
Date: 7/29/2021

*Incident Summary —*

Ryan M. Milazzo reported that a black male just broke into his apartment, displayed brass knuckles, punched him, and then forcibly stole his cell phone before leaving.

*Investigation and action taken 7/29/21:*

I was working my regular shift when this call was dispatched to Patrol. I learned that the victim Ryan Milazzo knew the suspect who broke into his apartment. Ptl. Pariseau advised that Ryan stated the suspect was a black male named Russell Harris. I did then conduct a LERMS search of the name and located Russell R. Harris ( /85). I printed out a recent photo of Mr. Harris and responded to 12 Green St. I then spoke with Ryan inside of his apartment. Ryan advised that Russell Harris and him and been in Broome County Jail together recently for about a month. He advised that they were both in "H" pod together and he was very familiar with him. I then showed Ryan the target photograph of Russel Harris and he immediately recognized the male in the photograph to be Russel Harris and the same male that broke into his apartment. Ryan then placed his initials on the target photograph which I later tagged into evidence. A copy of the signed target photograph has been attached to this case file.

I then instructed Ptl. Pariseau to include the details of Ryan's relationship with Mr. Harris and that he recognized him and signed a target photograph of him. Ptl. Pariseau told me the details of the crime and it was determined that the incident was a Burglary 1st. I further instructed Ptl. Pariseau not to file charges or a warrant for Mr. Harris yet. I then created a "Wanted Flier" for Mr. Harris and distributed it department wide via the City email system. A copy of the email and flier have also been attached and made a part of this case file.

Nothing further at this time.

Sgt. Sostowski

1

Exhibit 8

STATE OF NEW YORK: :COUNTY OF BROOME            BPD COMP# 21-36647
CITY COURT        : :CITY OF BINGHAMTON

                                                CR 002980-21

THE PEOPLE OF THE STATE OF NEW YORK

            -VS-                                FELONY COMPLAINT
Russell R. Harris DOB (    .-1985

## ACCUSATION

BE IT KNOWN THAT, by this information, **Inv. W. Balshuweit** as the Complainant
herein, accuses **Russell R. Harris** the above named defendant, with having
committed the offense of **BURGLARY IN THE FIRST DEGREE** in violation of section
**140.30** sub **3,** of the Penal Law of the State of New York, a Class **B** Felony.

## FACTS

On or about the **29th** day of **JULY, 2021,** said defendant, did knowingly enter and
remain unlawfully in a dwelling with intent to commit a crime therein, and
when, in effecting entry or while in the dwelling or in immediate flight there
from, he or another participant in the crime, uses or threatens the use of a
dangerous instrument.

**TO WIT:** Said defendant did enter and remain unlawfully inside 12 Green St Apt
2E in the City of Binghamton, and while in 12 Green Street Apt 2E said
defendant did steal the victim Ryan Milazzo's black Samsung 10 Cellphone and
threaten him with the use of metal knuckles.

All contrary to the aforementioned statute in such case made and provided.

The above allegations of fact are made by the Complainant herein on direct
knowledge (and upon information and belief, the sources of Complainant's
information and the grounds for his belief being

## POLICE INVESTIGATION

### NOTICE
(Penal Law, 210.45)

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE
STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO
KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON
DOES NOT BELIEVE TO BE TRUE.

Signed and affirmed this
2nd day of **August** 20**21**

                                      _____ Balshuweit
Subscribed and sworn to before me              **COMPLAINANT**
This ____ day of _____, 2021

                2:1 AUG -3 AM 8:30

                     CITY COURT
                   BINGHAMTON



Russell Harris
BCCF P.O. Box 2047
Binghamton NY 13902

SYRACUSE NY 130

14 SEP 2022   PM 4 L

USA ★ FOREVER ★

BROOME COUNTY
CORRECTIONAL FACILITY

Clerk U.S. District Court
15 Henry St
Binghamton NY 13901

13901-278199